IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIPOCINE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CLARUS THERAPEUTICS, INC.,<br><br>        Defendant. | C.A. No. 19-622 (WCB) |

### ORDER OF DISMISSAL REGARDING U.S. PATENT NOS. 6,569,463 AND 6,923,988

    Before the Court is a joint stipulation of plaintiff Lipocine Inc. ("Lipocine") and defendant Clarus Therapeutics, Inc. ("Clarus") under which Lipocene has moved to voluntarily dismiss with prejudice its claims for declaratory judgment of infringement of patent numbers 6,569,463 and 6,933,988. (Dkt. No. 99).

    The motion is granted, and it is ordered that:

    (1)    All of Lipocine's claims for declaratory judgment of infringement with respect to the '463 and '988 patents are dismissed with prejudice.

    (2)    Lipocine, for itself and its successors, assigns and licensees, hereby irrevocably releases, discharges and covenants not to sue Clarus and/or any of its parents, subsidiaries, contractors, customers, suppliers, affiliates, agents, employees, directors, representatives,

successors, assigns, licensors, licensees, partners, joint venturers, distributors, pharmacists, physicians and/or patients for infringement of the '463 patent or '988 patent in the future based on Clarus's manufacture, use, sale, offer for sale or importation into the United States of the JATENZO® product that is currently the subject of Clarus's NDA No. 206809.

(3) Nothing in this Order affects the parties' claims, defenses, and counterclaims remaining in this matter regarding U.S. Patent Nos. 9,034,858; 9,205,057; 9,480,690; and 9,757,390.

(4) Each party shall bear its own costs, expenses, and attorneys' fees with respect to the '463 and '988 patents.

Dated: February 11, 2020

_____
William C. Bryson
United States Circuit Judge