

February 21, 2020

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**Gregory R. Booker**
Principal
Booker@fr.com
302 778 8408  direct

**VIA ECF**

The Honorable William C. Bryson
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

**Re:**   *Lipocine, Inc. v. Clarus Therapeutics, Inc.*, **C.A. No. 19-622 (WCB)**

Dear Judge Bryson:

We, Fish & Richardson, P.C., represent Plaintiff Lipocine, Inc. ("Lipocine") in the above captioned matter.  I write on behalf of all parties concerning alternative trial date proposals.  Pursuant to the Court's request during the February 11, 2020 Claim Construction Hearing, the parties have met and conferred and propose the following three alternative dates for a 5-day jury trial before Your Honor:

- The week of January 25, 2021
- The week of February 8, 2021
- The week of February 22, 2021

Should the Court request additional alternative proposals, the parties are happy to provide such dates.  Counsel are available at the Court's convenience should Your Honor wish to discuss this matter.

Respectfully submitted,

/s/ *Gregory R. Booker*

Gregory R. Booker (#4784)

cc:   Counsel of Record – via ECF