**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**BRIAN P. EGAN**
(302) 351-9454
began@mnat.com

February 27, 2020

The Honorable William C. Bryson            *VIA ELECTRONIC FILING*
U.S. Court of Appeals, Federal Circuit
717 Madison Place, NW
Washington, DC 20439

      Re:     <u>*Lipocine Inc. v. Clarus Therapeutics, Inc.*</u>, C.A. No. 19-622 (WCB)

Dear Judge Bryson:

      We write on behalf of Defendant Clarus Therapeutics, Inc. ("Clarus") in follow up to your Honor's Oral Order resetting the 5-day Jury Trial date for February 8, 2021 (*see* February 24, 2020 Oral Order). We respectfully request that a teleconference be scheduled at the Court's earliest convenience to discuss entry of a new schedule leading to the February trial, which includes dates for Summary Judgment.

      During the initial scheduling conference held before Judge Stark, Clarus represented that it was willing to forgo the opportunity to engage in Summary Judgment motion practice in favor of an expedited schedule that would accommodate a trial within one year. (*See* D.I. 22, Ex. A, FN 1; August 15, 2019 Teleconference Transcript at 18:20-19:3 and 34:21-35:4.) In response, Judge Stark set the trial for August 24, 2020, roughly one year from the date of the Scheduling Conference, and ordered the parties to submit an expedited schedule for completion of fact and expert discovery. (*See* August 15, 2019 Teleconference Transcript at 31:13-19; *see also* D.I. 28.) Judge Stark left open the possibility that the parties could move for leave to file a summary judgment motion. (*See* August 15, 2019 Teleconference Transcript at 34:21-35:4.) Since then, the parties have moved quickly to produce documents, complete claim construction proceedings and begin scheduling fact depositions. The current close of fact discovery is March 6, 2020, and the current close of expert discovery is July 1, 2020. (D.I. 32.)

      Now that the trial date has been moved back from August 2020 to February 8, 2021, the basis for Clarus's agreement to forgo Summary Judgment practice is no longer present. Accordingly, Clarus respectfully requests that the case schedule be revised to include dates for Summary Judgment practice. Clarus believes that there is ample time to accommodate Summary Judgment briefing. Clarus further believes that Summary Judgment will be helpful in this case by simplifying the number of issues that must be presented to the jury and thus reducing jury confusion.

The Honorable William C. Bryson
February 27, 2020
Page 2

      We have discussed this proposal with counsel for Plaintiff Lipocine. Lipocine opposes entry of a schedule that permits the filing of summary judgment motions.

                        Respectfully,

                        */s/ Brian P. Egan*

                        Brian P. Egan (#6227)

BPE/rah
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via electronic mail)