IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIPOCINE INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CLARUS THERAPEUTICS, INC.,<br><br>    Defendant. | C.A. No. 19-622-WCB |

### Amended Scheduling Order

WHEREAS, the Court entered a Revised Scheduling Order in this case on March 23, 2020 (D.I. 121);

WHEREAS, the ongoing COVID-19 global pandemic has continued to threaten health and safety, resulting in restricted travel and business operations for both Plaintiff and Defendant;

WHEREAS, the current deadline for completion of fact depositions is May 8, 2020;

WHEREAS, the parties have reached agreement to conduct all remaining noticed depositions of both Plaintiff's and Defendant's employees by remote means to prevent exposure of its employees and counsel to COVID-19;

WHEREAS, the parties have reached agreement to extend the current deadlines for completing fact depositions, final contentions, and expert discovery in the Revised Scheduling Order (D.I. 121) to allow for completion of fact witness depositions by remote means;

WHEREAS, the parties' agreement affects no other deadlines in the Revised Scheduling Order (D.I. 121);

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, and subject to the approval of the Court, that the Revised Scheduling Order (*id.*) in this case be amended as follows:

| Event | Current Deadline | Revised Proposed Deadline |
|---|---|---|
| ¶ 8(a) Close of Fact Discovery (Completion of Depositions Only) | May 8, 2020 | June 5, 2020 |
| ¶ 7(e) Plaintiff to Produce Final Infringement Contentions, Supplementation of Accused Products | May 22, 2020 | June 19, 2020 |
| ¶ 7(f) Defendant to Produce Final Invalidity Contentions Supplementation of Invalidity References | June 5, 2020 | July 3, 2020 |
| ¶ 8(f)(i) Opening Expert Reports | June 19, 2020 | July 17, 2020 |
| ¶ 8(f)(i) Rebuttal Expert Reports | July 17, 2020 | August 14, 2020 |
| ¶ 8(f)(i) Reply Expert Reports | August 14, 2020 | September 4, 2020 |
| ¶ 8(f)(i) Close of Expert Discovery | September 18, 2020 | October 2, 2020 |
| ¶ 16 Opening Summary Judgment and *Daubert* Motions/Briefs | October 2, 2020 ||
| ¶ 16 Responsive Summary Judgment and *Daubert* Briefs | October 23, 2020 ||
| ¶ 16 Reply Summary Judgment and *Daubert* Briefs | November 2, 2020 ||
| ¶ 16 Summary Judgment and *Daubert* Hearing | TBD ||
| ¶ 18 Proposed Pretrial Order | December 18, 2020 ||
| ¶ 18 Pretrial Conference | January 8, 2021 ||
| ¶ 21 Trial | February 8, 2021 ||

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
|---|---|
| By: /s/ Brian P. Egan<br>    Jack B. Blumenfeld (#1014)<br>    Brian P. Egan (#6227)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899<br>    (302) 658-9200<br>    jblumenfeld@mnat.com<br>    began@mnat.com<br><br>OF COUNSEL:<br><br>Robert F. Green<br>Christopher T. Griffith<br>Caryn C. Borg-Breen<br>Ann K. Kotze<br>GREEN, GRIFFITH & BORG-BREEN LLP<br>City Place, Suite 3900<br>676 North Michigan Avenue<br>Chicago, IL 60611<br>(302) 883-8000<br><br>Jeffrey S. Ward<br>GREEN, GRIFFITH & BORG-BREEN LLP<br>8215 Greenway Blvd., Suite 220<br>Middleton, WI 53562<br>(312) 883-8000<br><br>*Attorneys for Defendant Clarus Therapeutics, Inc.*<br><br>Dated: May 8, 2020 | By: /s/ Ronald P. Golden III<br>    Gregory R. Booker (#4784)<br>    Kelly A. Del Dotto (#5969)<br>    Ronald P. Golden III (#6254)<br>    Grayson P. Sundermeir (#6517)<br>    222 Delaware Avenue, 17th Floor<br>    Wilmington, DE 19801<br>    (302) 652-5070<br>    booker@fr.com;<br>    allenspach.del.dotto@fr.com;<br>    golden@fr.com; sundermeir@fr.com;<br><br>W. Chad Shear (#5711)<br>Megan A. Chacon<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>(858) 678-5070<br>shear@fr.com; chacon@fr.com |

SO ORDERED this 11th day of May, 2020.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE