

December 23, 2020

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**VIA ECF**

The Honorable William C. Bryson
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

**Kelly Allenspach Del Dotto**
Associate
allenspach.del.dotto@fr.com
302 778 8403  direct

Re:   *Lipocine Inc. v. Clarus Therapeutics, Inc.*, **C.A. No. 19-622 (WCB)**

Dear Judge Bryson:

We, Fish & Richardson, P.C., represent Plaintiff Lipocine Inc. ("Lipocine") in the above-referenced matter.  We write on behalf of Lipocine respectfully requesting additional guidance on the parties' upcoming pretrial conference and trial scheduled for early 2021 in view of the Court's order dated November 11, 2020 (D.I. 213).

The parties submitted their Proposed Joint Pretrial Order on December 18, 2020 (D.I. 236) and completed motion *in limine* briefing on December 22, 2020.  The parties' pretrial conference is currently scheduled for January 8, 2021 and the jury trial is scheduled to begin on February 8, 2021.  (D.I. 124.)  We understand from the Court's prior order that it is likely that both of these dates will be postponed in view of COVID-19 complexities. (D.I. 213, at 1.)  Given that the pretrial conference is less than three weeks away, immediately following the holiday season, we seek additional guidance from the Court as to whether the current pretrial conference and trial dates will hold or whether the parties should propose alternative dates in 2021.

We are happy to provide further information at the Court's request and are available for a status teleconference to discuss this issue if that would be helpful to Your Honor.

Respectfully submitted,
*/s/ Kelly A. Del Dotto*
Kelly A. Del Dotto (#5969)

cc:   Counsel of Record – via ECF

fr.com