# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

BRIAN P. EGAN
(302) 351-9454
began@mnat.com

December 23, 2020

The Honorable William C. Bryson             *VIA ELECTRONIC FILING*
U.S. Court of Appeals, Federal Circuit
717 Madison Place, NW
Washington, DC  20439

Re:  *Lipocine Inc. v. Clarus Therapeutics, Inc.*, C.A. No. 19-622 (WCB)

Dear Judge Bryson:

    We write on behalf of Defendant Clarus Therapeutics, Inc. ("Clarus") in response to Plaintiff Lipocine Inc.'s letter of today requesting additional guidance regarding the upcoming pretrial conference and trial scheduled for January 8, 2021 and February 8, 2021, respectively. We join in that request for guidance.

    Clarus also separately requests guidance on whether the Court intends to schedule oral argument on Clarus's motion for summary judgment of invalidity (D.I. 185) and Clarus's Daubert motion to exclude certain expert testimony on damages (D.I. 189). Clarus defers to the Court's schedule for any such oral argument, but notes that if, for example, the pretrial conference is taken off calendar, it is prepared to proceed with oral argument on its pending motions on January 8.

Respectfully,

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

cc:  All Counsel of Record (via electronic mail)