IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIPOCINE INC., | |
| Plaintiff, | |
| v. | C.A. No. 19-622-WCB |
| CLARUS THERAPEUTICS, INC., | |
| Defendant. | |

## SECOND AMENDED SCHEDULING ORDER

Because of the ongoing effects of the COVID-19 pandemic, the following changes will be made to the scheduling order in this case:

1.  The pretrial conference scheduled for January 8, 2021, is canceled.

2.  The jury trial scheduled for the week of February 8, 2021, is canceled.

3.  A telephonic hearing will be held on Friday, January 15, 2021, at 2 p.m. Eastern Time. Arguments will be heard at that time on Defendant Clarus Therapeutics, Inc.'s Motion for Summary Judgment, Dkt. No. 184, and Defendant Clarus Therapeutics, Inc.'s *Daubert* Motion to Exclude Certain Damages Opinions of Plaintiff's Expert Brian Segers, Dkt. No. 188.  Dial-in information will be sent by email to counsel of record prior to the hearing.

4.  The pretrial conference and jury trial will be rescheduled once it becomes clear when jury trials will resume in the District of Delaware.

IT IS SO ORDERED.

SIGNED THIS  28th day of December, 2020

WILLIAM C. BRYSON
UNITED STATES CIRCUIT  JUDGE